**Order entered March 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00018-CR

**RICHARD CLAYTON KIMBERLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80175-2016**

## ORDER

Before the Court is court reporter Sheri Vecera's March 8, 2018 request for an extension of time. A review of this appeal shows the record was due on February 6, 2018. When the record was not filed, we sent a notice dated February 14, 2018, stating that the record was overdue and instructing Ms. Vecera to file the reporter's record within thirty days. Ms. Vecera's request states she has been on medical leave and notes that she did not take this trial.

We **GRANT** the request and **ORDER** the complete reporter's record filed within **THIRTY DAYS** of the date of this order. *See* TEX. R. APP. P. 35.3(c). We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Ms. Sheri Vecera, court reporter; Ms. Denise Carillo, court reporter; Ms. Robin Washington, court reporter; and to all counsel.

/s/     LANA MYERS
        JUSTICE